UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OLEKSANDR PANCHENKO, | Case No. 5:24-cv-07333-PCP |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Eumi K. Lee for consideration of whether the case is related to Panchenko v. Bank of America, N.A. et al., No. 23-cv-04965.

**IT IS SO ORDERED.**

Dated: January 6, 2025

P. Casey Pitts
United States District Judge